No. 84–331. ENRIGHT ET AL. *v.* BOARD OF SCHOOL DIRECTORS OF THE CITY OF MILWAUKEE ET AL. Sup. Ct. Wis. Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would deny the petition for writ of certiorari for want of jurisdiction.

No. 84–365. PEREZ, ADMINISTRATRIX OF THE ESTATE OF MANAS Y PINEIRO *v.* CHASE MANHATTAN BANK, N. A. Ct. App. N. Y. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 84–382. FLEMING *v.* MOORE. Sup. Ct. Va. Motion of respondent for award of attorney's fees denied. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this motion and this petition.